## EX PARTE KIMBALL.

(Decided October 26, 1915.)

Original petition in Supreme Court for Mandamus.

FREDERICK G. BROMBERG, for petitioner. No counsel marked contra.

Per Curiam. Writ of mandamus denied.

___

## EX PARTE LACEY v. THE STATE.

(Decided May 20, 1915. Rehearing denied June 30, 1915.)

CERTIORARI to Court of Appeals.

RUSHTON, WILLIAMS & CRENSHAW, and HILL, HILL, WHITING & STERN, for petitioner. WILLIAM L. MARTIN, Attorney General, contra.

SOMERVILLE, J.—Writ denied to review the judgment and decision of the Court of Appeals in the case of *Theo Lacey v. The State,* 68 South. 706.

All the Justices concur.

___

## EX PARTE LEWIS v. THE STATE.

(Decided June 17, 1915.)

CERTIORARI to Court of Appeals.

ESPY & FARMER, for petitioner. WILLIAM L. MARTIN, Attorney General, contra.

THOMAS, J.—Writ denied to review the judgment and decision of the Court of Appeals in the case of *Lewis v. The State,* 68 South. 792.

All the Justices concur.